**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-6190**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL HINES,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge. (CR-90-9, CA-97-293-3)

_____

Submitted:  July 22, 1999          Decided:  July 27, 1999

_____

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Robert James Wagner, WAGNER & WAGNER, Richmond, Virginia, for Appellant.  Stephen Wiley Miller, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Hines seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Hines, Nos. CR-90-9; CA-97-293-3 (E.D. Va. Nov. 30, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2